IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:    CHAPTER 13 CASE
          NO. 10-30288-DHW

ROBERT E STEVERSON
PAULA STEVERSON

    Debtors.

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, Curtis C. Reding, Standing Chapter 13 Trustee in the above-referenced case, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtors' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtors filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on February 5, 2010.

2. The debtors' continued §341 Meeting of Creditors was held April 8, 2010.

3. The Confirmation hearing is scheduled for May 3, 2010.

4. At the meeting of creditors, debtors were advised to amend Schedule A and provide the tax assessor's value of their home.

5. As of this date, no amended plan has been filed nor have we received the tax assessor's value of their home.

WHEREFORE, the above premises considered, the Trustee prays that this Honorable Court will deny confirmation of the debtor's plan.

Respectfully submitted this 26th day of April, 2010.

    /s/   Curtis C. Reding
    Curtis C. Reding
    Standing Chapter 13 Trustee
    ASB #5585-G64C

Office of the
Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone:  334-262-8371
Fax:  334-262-8599
Email:  redingc@ch13mdal.com

CERTIFICATE OF SERVICE

     I, Curtis C. Reding, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 26th day of April, 2010.

                                          /s/  Curtis C. Reding
                                          Curtis C. Reding


Fred Gordon, Jr.
451 Wall St
Hayneville, AL  36040

Richard D. Shinbaum, Esq. (via electronic filing)